IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:13CR3045 |
| | ) | |
| V. | ) | |
| | ) | |
| GUMERCINDO C. LOPEZ, using the name R.A., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the unopposed oral motion of the plaintiff,

IT IS ORDERED that:

(1)   Trial of this case is continued until further order of the court.

(2)   The time between today's date and August 29, 2013, is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161.

DATED this 10th day of July, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge